### 39760. CADE v. THE STATE.

FRANKUM, Judge. This case is controlled by *Cade v. State,* ante. The court did not err in dismissing the defendant's extraordinary motion for new trial.

*Judgment affirmed. Nichols, P. J., and Jordan, J., concur.*
DECIDED NOVEMBER 15, 1962.

*Marjorie C. Thurman, Leachman, King & Thurman,* for plaintiff in error.
*George D. Lawrence, Solicitor General,* contra.